RECEIVED
2005 DEC -7 P 12:

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Donald Ray Sewell
_____
Full name and prison number
of plaintiff(s)

v.

Greg ward (sh cc 72)
Carl Bowl (jail Adm)
D weeks (co)
_____
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 1:05CV1153-F
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) ____N/A_____

         Defendant(s) _____

      2. Court (if federal court, name the district; if state court, name the county) __N/A__

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

Geneva County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

Geneva County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Greg Ward (Sheriff) | P.O. Box 115 Geneva, ALA |
| 2. | Carl Bowl (Jail Adm) | P.O. Box 115 Geneva AL |
| 3. | D. Weeks (CO) | P.O. Box 115 Geneva AL |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  Sept-5- thru - Oct. 19

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Sleeping on the floor, Limited Acess to toilet Facilities, unsanitary shower

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.) Facilities. Mold causeing Resperitory Problems. Blankets not washed for months. Sliped out the shower and bust head go to ER no slip pad in shower / sleep under table four month

GROUND TWO: will not take to doctor ask time after time need meds help

SUPPORTING FACTS: water stands in the shower will not drain. no Law Library acess also we use the same spoon to eat with all day.

GROUND THREE: ____

SUPPORTING FACTS: ____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Relief in the form of $1,500,000.00 Dollars

Donald Ray Sewell
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 10/19/05
(Date)

Donald Ray Sewell
Signature of plaintiff(s)