Po Box 115
Geneva AL
36340

RECEIVED
12-01-05

I am in Geneva County Jail, I have a legal form that needs to be Notarized, I cannot get it done here. But will you please Notarize it for me, or send someone here to do it for me. thankyou.

Donald Roy
Sewell