SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carl Rowl, Jail Administrator
Geneva County Jail
P.O. Box 115
Geneva, AL 36340-0115

05 CV 1153 cmp

2. Article Number
(Transfer from service label)

7004 2510 0001 0150 6358

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Kennett Lui_     ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
                                   12 15 05

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes