**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Greg Ward, Sheriff
    Geneva County Jail
    P.O. Box 115
    Geneva, AL 36340-0115

    05cv1153 cmp

2. Article Number
   (Transfer from service label)    7004 1160 0003 5812 1863

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Kenneth Lee_    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery  12/9/05
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    D. Weeks, CO I
    Geneva County Jail
    P.O. Box 115
    Geneva, AL 36340-0115

    05cv1153 cmp

2. Article Number
   (Transfer from service label)    7004 2510 0001 0150 6341

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Kenneth Lee_    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery  12/9/05
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes