IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **DONALD RAY SEWELL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05-cv-1153-F |
| | ) |
| **GREG WARD, ET.AL,** | ) |
| | ) |
| Defendant. | ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

COME NOW Sheriff Greg Ward, Jail Administrator Carl Rowe, and Jailer Donald Weeks, Defendants in the above-styled cause and move this Honorable Court for an extension of time of 14 days in which to file their Special Report and Answer which is due on January 23, 2006. As grounds for this motion, Defendants state as follows:

1. On December 13, 2005, this Court entered an Order directing the Defendants to file a Special Report in the above-styled cause within forty days of that Order.

2. Defendants are in need of additional time to fully respond to the Plaintiff's allegations.

3. In addition, it may be necessary to obtain additional documents relating to the Plaintiff's incarceration made the basis of his Complaint.

4. Defendants have not previously requested an extension of time in this case.

5. The Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED Defendants respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including, February 6, 2006.

Respectfully submitted this 23rd day of January, 2006.

                    **s/C. Richard Hill, Jr.**
                    C. RICHARD HILL, JR. Bar No. HIL045

Attorney for Defendants

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  rhill@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 23rd day of January, 2006, I have served the foregoing document on the following:

                    **Donald Ray Sewell**
                    Geneva County Jail
                    P.O. Box 115
                    Geneva, AL 36340-0115

by placing a true and correct copy of the foregoing in the U.S. Mail, postage prepaid, on this the 23rd day of January, 2006.

                    **s/C. Richard Hill, Jr.**
                    OF COUNSEL