IN THE UNITED STATES  DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

DONALD RAY SEWELL                        *

    Plaintiff,                                    *

        v.                                     *                    1:05-CV-1153-MEF

GREG WARD (SHERIFF), *et al*.,            *

    Defendants.                                 *

_____

## ORDER ON MOTION

Upon consideration of Defendants' Motion for Extension of Time, and for good cause,

it is ORDERED that:

1.  The Motion for Extension of Time (Doc. No. 7) is GRANTED; and

2.  Defendants are GRANTED an extension from January 23, 2006 to February 6,

2006 to file their answer and special report.

Done, this 24th day of January 2006.


                                      /s/Charles S. Coody
                               CHARLES S. COODY
                               CHIEF UNITED STATES MAGISTRATE JUDGE