IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| DONALD RAY SEWELL | * | |
| Plaintiff, | * | |
| v. | * | 1:05-CV-1153-MEF |
| GREG WARD (SHERIFF), *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

Plaintiff filed this 42 U.S.C. § 1983 action on December 7, 2005. At the time he filed this complaint, Plaintiff was incarcerated at the Geneva County Jail located in Geneva, Alabama. On January 27, 2006 the envelope containing Plaintiff's copy of an order filed January 24, 2006 was returned to the court marked "Return to Sender," because Plaintiff was no longer at the address he had provided to the court.

All parties have an affirmative duty to inform this court of any change of address during the pendency of their actions. Plaintiff was provided notice of this requirement in the court's December 13, 2005 order of procedure. (*See* Doc. No. 4.) Upon review of the pleadings filed in the instant matter, it is clear that the court file does not contain an alternate address for Plaintiff and that he has not provided this court with a current address since the inception of filing the instant complaint. Accordingly, the court concludes that Plaintiff shall be granted an opportunity to show cause why his complaint should not be dismissed for his failure to keep the court informed of his current address.

Accordingly, it is ORDERED that:

1. Plaintiff SHOW CAUSE on or before February 13, 2006 why his complaint should not be dismissed for his failure to provide the court with his current address. Plaintiff is cautioned that his failure to comply with this order will result in a Recommendation that his complaint be dismissed without prejudice;

2. The directive that Defendants file an answer and written report to Plaintiff's complaint be held in ABEYANCE pending Plaintiff's response to the instant order; and

3. The Clerk of Court SEND copy of this order to Plaintiff at his last known address.

Done this 30th day of January, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE