IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONALD RAY SEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv1153-MEF |
| | ) | (WO) |
| GREG WARD (SHERIFF), *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On February 22, 2006, the Magistrate Judge filed a Recommendation (Doc. # 10) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is ADOPTED and that this case is DISMISSED without prejudice for failure of the plaintiff to comply with the orders of this court and his failure to properly prosecute this action.

Done this the 15th day of March 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE